UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br>　　　　PLAINTIFF <br>　vs. <br><br>DEPARTMENT OF JUSTICE, <br><br>　　　　DEFENDANT | )<br>)<br>)  Civil Action No. 1:13-cv-1324 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

　　In Plaintiff's opposition to Defendant's motion to dismiss, Mr. Leopold noted that he had submitted a FOIA request to the CIA and intended to confer with Defendant to "make such further procedural motions as are necessary to avoid unnecessary expenditure of judicial resources."  (Pl. Opp. to Mot. to Dismiss. at 35.)  Having now reviewed the government's memorandum and declaration in support of its motion to dismiss in the related case, *ACLU, et al. v. CIA*, 1:13-cv-1870 (JEB) [ECF dkt: 17-1, 17-2] and conferred with counsel for Defendant, Mr. Leopold has determined that adding the CIA as a party to this case would not advance this litigation or avoid the expenditure of unnecessary judicial resources.  Accordingly, the Court will please take notice that Plaintiff no longer intends to add the CIA as a party to this case.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ Jeffrey Light
　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Light
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar #485360
　　　　　　　　　　　　　　　　　　　　　　1712 Eye St., NW

1

Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com

*Counsel for Plaintiff*