# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13-cv-1324 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

Pursuant to the Court's May 29, 2014 Minute Order, the CIA hereby submits this status report to provide an update on the declassification review process currently underway for the executive summary, findings, and conclusions of the Senate Select Committee on Intelligence ("SSCI") Report concerning the CIA's former rendition, detention and interrogation ("RDI") program, submitted for declassification by SSCI on April 7, 2014.

The Executive Branch is continuing to conduct an expeditious declassification review of the executive summary, findings, and conclusions of the SSCI Report. The line-by-line review of the over 500 pages of highly classified material is a labor-intensive process, and the CIA and other agencies have already devoted thousands of person-hours to this effort. As set forth in the status reports being filed simultaneously in *ACLU v. CIA, et al.*, 13-cv-1870, and *Leopold v. CIA*, 14-cv-48, based on the current status of the declassification process, as well as the Agency's expectations as to the time for coordination with other agencies, implementation of security measures to ensure the safety of U.S. personnel and facilities overseas, and submission of the declassified version to SSCI, the CIA anticipates that the declassification process for the updated

version of the executive summary of the SSCI Report (the version submitted for declassification by SSCI on April 7, 2014) and various documents related thereto will be completed no later than August 29, 2014. The CIA notes that it does not control when the updated version of the executive summary of the SSCI Report, once declassified, will be publicly released by the SSCI.

Dated: June 20, 2014

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        RONALD C. MACHEN, Jr.
        United States Attorney

        ELIZABETH J. SHAPIRO
        Deputy Branch Director
        Civil Division

           /s/ Vesper Mei
        VESPER MEI (D.C. Bar 455778)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave, NW
        Washington, D.C. 20530
        Telephone: (202) 514-4686
        Fax: (202) 616-8470
        E-mail: vesper.mei@usdoj.gov

        ***Counsel for the Defendant***