UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>　　　　　PLAINTIFF<br>　vs.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　DEFENDANT | Case No. 1:13-cv-1324 (JEB) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S FOURTH MOTION FOR EXTENSION OF TIME

　　Plaintiff Jason Leopold opposes any further extensions in the above-captioned case. Mr. Leopold filed the above-captioned case on September 2, 2013 – over a year ago – and has continually sought expeditious resolution of the matter in every way possible. The negotiations between the SSCI and the CIA will take as long as they are going to take and proceed in whatever manner they are going to proceed. The results of the battle may be favorable or unfavorable to Mr. Leopold's goal of obtaining release of the Executive Summary of the report. But either way, Mr. Leopold is entitled to have his claim under FOIA adjudicated in a timely manner. *See* Fed. R. Civ. Pro. Rule 1 (the Federal Rules are to be "construed and administered to secure the just, *speedy*, and inexpensive determination of every action and proceeding") (emphasis added).

　　The federal judiciary is a co-equal branch of government, not a spectator at a sporting event between the Senate and the CIA. This case should not be delayed for a fourth time just to watch the next inning of their match. Respectfully, Plaintiff opposes Defendant's motion and requests that processing of the Executive Summary be completed forthwith.

Plaintiff has also reviewed the ACLU's filing in the related case 13-1870 and does not believe that the schedule proposed by the ACLU to govern proceedings in 13-1870 would be appropriate here, as the present case involves only a request for the Executive Summary.

    /s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey.Light@yahoo.com
*Counsel for Plaintiff*