**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:13-cv-1324 (JEB) |
| | ) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**GOVERNMENT'S STATUS REPORT**

Pursuant to this Court's minute order of November 19, 2014, the government respectfully

files this status report regarding the release of the Executive Summary of the SSCI Report.  As

previously noted in the Government's Motion for Three-Day Extension in this case (Dkt # 31),

the government anticipates that SSCI will publicly release the Executive Summary early this

week.

Dated: December 8, 2014

Respectfully submitted,

JOYCE BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN, Jr.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division


 /s/ Vesper Mei
VESPER MEI (D.C. Bar 455778)
Senior Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-4686
E-mail: vesper.mei@usdoj.gov

**_Counsel for the Defendant_**